UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOSE FRANCISCO UNAUCHO CASTRO,

                    Petitioner,                      Case No. 1:25-cv-1540

v.                                     Honorable Paul L. Maloney

KRISTI NOEM et al.,

                    Respondents.
_____/

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention.

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1.  On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

2.  Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

3.  In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

4.  The Court will schedule a hearing, if necessary, after the parties have filed their

submissions.

**IT IS SO ORDERED**.

Dated:   <u>December 2, 2025</u>                    <u>/s/ Paul L. Maloney</u>
                                                    Paul L. Maloney
                                                    United States District Judge